560 A.2d 145

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Allan S. EWING, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 5, 1988.

Decided June 27, 1989.

Allan S. Ewing, in pro. per.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Hugh Burns, Philadelphia, for appellee.

148

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.